UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

    **Plaintiff,**

v.

**COURTNEY DUFFEY and**
**LEIGH BISHOP**

    **Defendants.**
_____/

Case No. 1:09-cv-649

Hon. Hugh W. Brenneman, Jr.

## ORDER

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (docket no. 21) is **DENIED.**

Dated: August 25, 2010

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge