UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

   Plaintiff,

              Case No. 1:09-cv-649

v.

              Hon. Hugh W. Brenneman, Jr.

COURTNEY DUFFEY and
LEIGH BISHOP,

   Defendants.

_____/

## DECLARATORY JUDGMENT

This action was tried by Magistrate Judge Hugh Brenneman, Jr., without a jury and the following decision was reached:

**IT IS HEREBY ORDERED AND DECLARED** that on August 19, 2008, Courtney Duffey was domiciled in Louisville, Kentucky; that on August 19, 2008, Courtney Duffey was not a "resident relative" of David Duffey under the terms of State Farm Mutual Automobile Insurance Company's  policy no. D25 2916-C188-22Q; and that said policy of insurance issued to David Duffey does not provide liability coverage for Courtney Duffey for the accident involving Leigh Bishop which occurred on August 19, 2008 in Louisville, Kentucky.

Dated:  September 28, 2011       /s/ Hugh W. Brenneman, Jr.
               HUGH W. BRENNEMAN, JR.
               United States Magistrate Judge